# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr2642-CAB |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSED |
| Victor Armando Aguirre-Munoz, | MAR 28 2018 |
| Defendant. | CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(I)

Dated: 3/27/2018

Hon. Jan M. Adler
United States Magistrate Judge